Cliff Weingus, State Bar No. 96671
McTernan, Stender & Weingus
595 Market Street, Suite 1100
San Francisco CA 94105-2199
415-777-0313; Fax: 415-777-9380
cweingus@mcternanlaw.com

Jeffrey A. Haas, State Bar No. 61376
A Law Corporation
PO Box 370419
Montara CA 94037
650-728-1200; Fax: 650-728-8469
jahaasalc@comcast.net

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

--o0o--

| | |
|---|---|
| ALEX FAN | |
| Plaintiff, | NO. C 14-02376 EDL |
| vs. | [PROPOSED] ORDER FOR REFUND OF FILING FEE PAID BY PLAINTIFF AND RELIEVING PLAINTIFF FROM ANY OBLIGATIONS TO PAY FUTURE FEES OR COURT COSTS |
| MANAGE.COM GROUP,INC., MANAGE.COM,and FRED HSU | |
| Defendants. | |

Good cause appearing therefore, by virtue of the provisions of 38 U.S.C. section 4323(h)(1),

IT IS ORDERED that the Clerk of the Court issue a payment in the amount of $400.00 to plaintiff's counsel, McTernan, Stender & Weingus, in reimbursement for the $400 filing fee paid by such counsel when the original complaint was filed in this matter on May 22, 2014.

IT IS FURTHER ORDERED that plaintiff is relieved from any obligations to pay future fees or court costs attributable to the USERRA claim for the duration of this action.

DATED: September 3, 2014

_____
Elizabeth D. Laporte
Chief Magistrate Judge

[PROPOSED] ORDER FOR REFUND OF FILING FEE PAID BY PLAINTIFF AND RELIEVING PLAINTIFF FROM ANY OBLIGATIONS TO PAY FUTURE  FEES OR COURT COSTS

C 14-02376 EDL                                                                                                           -1-