E. JEFFREY GRUBE (SB #167324)
GRUBE BROWN & GEIDT LLP
jeffgrube@gbgllp.com
601 Montgomery St., Suite 1150
San Francisco, CA  94111
Telephone:  (415) 603-5000
Facsimile:  (415) 840-7210

Attorneys for Defendants
MANAGE.COM GROUP, INC., MANAGE.COM,
and FRED HSU

Cliff Weingus, State Bar No. 96671
MCTERNAN, STENDER & WEINGUS
cweingus@mcternanlaw.com
595 Market Street, Suite 1100
San Francisco CA 94105-2199
Telephone:  (415) 777-0313
Facsimile:  (415) 777-9380

Attorneys for Plaintiff ALEX FAN

Jeffrey A. Haas, State Bar No. 61376
A LAW CORPORATION
jahaasalc@comcast.net
PO Box 370419
Montara CA 94037
Telephone:  (650) 728-1200
Facsimile:  (650) 728-8469

Attorneys for Plaintiff ALEX FAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALEX FAN,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>MANAGE.COM GROUP, INC., MANAGE.COM, and FRED HSU,<br><br>　　　　Defendants. | CASE NO. C 14-02376 EDL<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

The parties to this action, acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate to the Dismissal With Prejudice of this entire action, each party to bear his/its own attorney's fees, expenses and costs.

IT IS SO STIPULATED

DATED:  December 10, 2014        MCTERNAN, STENDER & WEINGUS


By: */s/ Cliff Weingus*
　　　　CLIFF WEINGUS
Attorneys for Plaintiff ALEX FAN


DATED:  December 10, 2014        A LAW CORPORATION


By: */s/ Jeffrey A. Haas*
　　　　JEFFREY A. HAAS
Attorneys for Plaintiff ALEX FAN


DATED:  December 10, 2014        GRUBE BROWN & GEIDT LLP


By: */s/ E. Jeffrey Grube*
　　　　E. JEFFREY GRUBE
Attorneys for Defendants MANAGE.COM GROUP, INC., MANAGE.COM, and FRED HSU

**ORDER**

The stipulation is approved.  The entire action is hereby dismissed with prejudice.

IT IS SO ORDERED.

Dated:   December 12, 2014                    _____
Elizabeth D. Laporte
Chief Magistrate Judge

STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE